IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERCIA FOR )<br>THE USE AND BENEFIT OF )<br>CARL BURKHOLDER and )<br>A.G. ENTERPRISES OF SARASOTA, )<br>L.L.C., formerly A.G. ENTERPRISES, )<br>L.L.C., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>R.A. CONNELLY; R.A. )<br>CONNELLY, INC.; )<br>THE HANOVER INSURANCE )<br>COMPANY )<br>)<br>Defendants. )<br>) | Civil Action No. 5:11-cv-445<br><br><br><br><br><br><br><br><br>**ORDER** |

[DE-47]
THIS CAUSE being heard on motion of Plaintiff's motion for an order enlarging time in

[DE-42]
which to respond to Defendants' Motion for Summary Judgment, and for good cause shown,

IT IS THEREFORE ORDERED that the time within which Plaintiff may respond to the

Defendants' Motion for Summary Judgment is extended to and including August 17, 2012.
In the interest of justice, the Plaintiffs' Response [DE-44] is
deemed timely. Defendants' Joint Motion to Strike [DE-45] is DENIED.

This the 20 day of August, 2012.

JAMES F. FOX
Senior U.S. District Judge