UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use ) <br> and benefit of CARL BURKHOLDER; and A.G. ) <br> ENTERPRISES OF SARASOTA, L.L.C., formerly ) <br> A.G. ENTERPRISES, L.L.C., ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> R.A. CONNELLY; R.A. CONNELLY, INC., ) <br> THE HANOVER INSURANCE COMPANY; and ) <br> THE HANOVER INSURANCE GROUP, INC., ) <br>     Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:11-CV-445-F** |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that Connelly's Motion to Dismiss and Motion to Dismiss the Amended Complaint are ALLOWED, and the instant action is DISMISSED in its entirety. Defendant's Motion for Summary Judgment is DISMISSED as moot.

**This Judgment Filed and Entered on September 26, 2012, and Copies To:**

Edgar R. Bain (via CM/ECF Notice of Electronic Filing)
Robert Anthony Buzzard (via CM/ECF Notice of Electronic Filing)
L. Stacy Weaver, III (via CM/ECF Notice of Electronic Filing)
Donald J. Harris (via CM/ECF Notice of Electronic Filing)
Russell B. Killen (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE <br> September 26, 2012 | JULIE A. RICHARDS, CLERK <br>   /s/ Susan K. Edwards <br> (By) Susan K. Edwards, Deputy Clerk |